IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 17-cv-01894-WJM-SKC

HAMPDEN AUTO BODY CO., a Colorado corporation

    Plaintiff,

v.

OWNERS INSURANCE COMPANY, an Ohio corporation

    Defendant.

---

# VERDICT FORM

---

We, the jury, upon our oaths, find and state as follows:

### Part A.  Business Income

**1.** Has the plaintiff proven, by a preponderance of the evidence, each element of its breach of contract claim for business income loss against defendant?

    __X__ YES

    _____ NO

> If your answer is "Yes" to Question 1, then proceed to Question 2.  If your answer is "No" then proceed to Question 7.

**2.** How much general contract damages do you award to the plaintiff for the injuries caused by the defendant?

    $ _____0_____

**3.** Has the plaintiff proven, by a preponderance of the evidence, each element of its bad faith breach of insurance contract claim against the defendant with

respect to business income coverage?

    ✗ YES

    ___ NO

> If your answer is "Yes" to Question 3, then proceed to Question 4. If your answer is "No" then proceed to Question 5.

4. How much actual economic damages do you award to the plaintiff for the injuries caused by the defendant?

$ 240,864.00

5. Has the Plaintiff proven, by a preponderance of the evidence, each element of its unreasonable delay or denial of payment of insurance benefits claim against Defendant with respect to business income coverage?

    ✗ YES

    ___ NO

> If your answer is "Yes" to Question 5, then proceed to Question 6. If your answer is "No" then proceed to Question 7.

6. How much unreasonable delay or denial benefit damages do you award to the plaintiff for the injuries caused by the defendant?

$ 50,400.00

### Part B. Business Property

7. Has the plaintiff proven, by a preponderance of the evidence, each element of its bad faith breach of insurance contract claim against the defendant with respect to business property coverage?

    ___ YES

 NO

> If your answer is "Yes" to Question 7, then proceed to Question 8. If your answer is "No" then proceed to Question 9.

8. How much actual economic damages do you award to the plaintiff for the injuries caused by the defendant?

$ _____

9. Has the Plaintiff proven, by a preponderance of the evidence, each element of his unreasonable delay or denial of payment of insurance benefits claim against Defendant with respect to business property coverage?

____ YES

_X_ NO

> If your answer is "Yes" to Question 9, then proceed to Question 10. If your answer is "No" then proceed to the signature block below.

10. How much unreasonable delay or denial benefit damages do you award to the plaintiff for the injuries caused by the defendant?

$ _____

*The Foreperson must sign and date this Verdict Form, and then give a note the Bailiff stating that you have reached a verdict, but do not give this Verdict Form to the Bailiff.*



12/8/2022
DATE

4:20 PM
TIME

3