# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-1894-WJM-SKC

HAMPDEN AUTO BODY CO., a Colorado corporation,

    Plaintiff,

v.

OWNERS INSURANCE COMPANY, an Ohio corporation,

    Defendant.

## ORDER GRANTING JOINT MOTION TO VACATE JUDGMENT AND STIPULATION TO DISMISS ALL CLAIMS BY PLAINTIFF AGAINST DEFENDANT WITH PREJUDICE

This matter comes before the Court on the parties' Joint Motion to Vacate Judgment and Stipulation to Dismiss all Claims by Plaintiff against Defendant with Prejudice (ECF No. 222). The Court, having reviewed the Joint Motion and Stipulation and being advised, hereby **ORDERS** as follows:

    1.    The Judgment (ECF No. 188) in this case is withdrawn and VACATED;

    2.    All claims that were or could have been brought by Plaintiff against Defendant are hereby dismissed with prejudice, each party to pay its own costs and attorney's fees; and

    3.    All matters in this case are hereby resolved, and the case shall be closed.

Dated this 24th day of July, 2023.

BY THE COURT:

_____
William J. Martínez
Senior United States District Judge